**IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION**

**LATEEF JAIYESIMI,**

    Petitioner,

vs.                                         Case No. 4:11cv159-MP/WCS

**ERIC H. HOLDER, et al.,**

    Respondents.
_____/

## REPORT AND RECOMMENDATION

Petitioner initiated this case on March 28, 2011, doc. 1, with the filing of a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241.  Respondents' answer was filed on June 15, 2011, doc. 20, and by August 5, 2011, when Petitioner had not responded to the answer, an order was entered providing Petitioner an opportunity to file a response to the answer no later than August 31, 2011.  Doc. 21.  Petitioner's copy of that order was returned to the clerk as undeliverable and stamped by the Wakulla County Jail: "return to sender - no longer here."  Doc. 22.  I entered a subsequent order on August 18, 2011, directing Respondents to advise the Court as to Petitioner's status and, specifically, if Petitioner had been released or removed.  Doc. 24.

Respondents filed a response on August 24, 2011.  Doc. 24.  Respondents advise that Petitioner was "removed from the United States to the country of Nigeria on June 23, 2011, and, thus, this case is moot."  *Id.*  Attached to the response is an exhibit which demonstrates that Petitioner was removed on June 23, 2011, on a flight from Atlanta.  Doc. 24-1.  Because no further relief is possible, and Petitioner is no longer in detention, this case should be dismissed as moot.

In light of the foregoing, it is respectfully **RECOMMENDED** that the petition for writ of habeas corpus filed by Petitioner LATEEF JAIYESIMI, doc. 1, be **DISMISSED as moot** because Petitioner has been removed from the United States and is no longer in detention and no further relief is available.

**IN CHAMBERS** at Tallahassee, Florida, on August 25, 2011.


 S/     William C. Sherrill, Jr.
**WILLIAM C. SHERRILL, JR.**
**UNITED STATES MAGISTRATE JUDGE**


### NOTICE TO THE PARTIES

**A party may file specific, written objections to the proposed findings and recommendations within 14 days after being served with a copy of this report and recommendation.  A party may respond to another party's objections within 14 days after being served with a copy thereof.  Failure to file specific objections limits the scope of review of proposed factual findings and recommendations.**